**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**Asheville Division**
**Civil Action No.: 1:25cv103**

| | |
|---|---|
| **COLBY HARRIS,** | |
| **Plaintiff,** | |
| **v.** | **NOTICE OF REMOVAL** |
| **AIRGAS USA, LLC** | |
| **Defendant.** | |

Defendant Airgas USA, LLC ("Airgas"), through counsel and pursuant to 28 U.S.C. § 1332, hereby removes Case No. 25-CVS-60 from the North Carolina General Court of Justice, Superior Court Division of Yancey County (the "State Court") to the United States District Court for the Western District of North Carolina, Asheville Division. The grounds for removal are as follows:

1.      On March 3, 2025, Plaintiff Colby Harris filed a Complaint against Airgas in the State Court captioned *Colby Harris v. Airgas USA, LLC*, Case No. 25-CVS-60. In his Complaint, Harris asserts claims for breach of contract, violation of the North Carolina Wage and Hour Act, conversion, and unjust enrichment arising from allegations that Airgas has refused to pay Harris certain bonuses he alleges he earned during his employment with Airgas. Airgas attaches to this Notice as Exhibit 1 all process, pleadings, orders, and other documents that have been served in the State Court action, as required by 28 U.S.C. § 1446(a).

2.      Airgas accepted service of the summons and Complaint effective March 11, 2025. Thirty days have not yet elapsed from service of process. Removal is therefore timely under 28 U.S.C. § 1446(b).

1

3.      This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      Because Harris is an individual, for purposes of diversity jurisdiction his citizenship is determined by the state in which he is domiciled. *See Axel Johnson, Inc. v. Carroll Carolina Oil Co.*, 145 F.3d 660, 663 (4th Cir. 1998). A person's domicile "is established by physical presence in a place in connection with a certain state of mind concerning one's intent to remain there." *Miss. Band of Choctaw Indians v. Holyfield*, 490 U.S. 30, 48 (1989); *see also Johnson v. Advance America*, 549 F.3d 932, 937 n. 2 (4th Cir. 2008) ("Domicile requires physical presence, coupled with an intent to make the State a home.").

5.      In his Complaint, Harris states that he "is a citizen and resident of Yancey County, North Carolina." Compl. ¶ 1. Harris is thus domiciled in the State of North Carolina and is a citizen of the State of North Carolina.

6.      Airgas is a limited liability company. For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of all of its members. *Central West Virginia Energy Co., Inc. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011). Airgas, Inc. is Airgas's sole member. Airgas, Inc. is a corporation organized under the laws of Delaware and has its principal place of business in Radnor, Pennsylvania, where it maintains its corporate headquarters. Airgas, Inc. is thus a citizen of Delaware and Pennsylvania. *See* 28 U.S.C. § 1332(c)(1) (providing that a corporation is deemed to be a citizen of every state in which it has been incorporated and the state where it has its principal place of business).

7.      Complete diversity therefore exists between the parties to this litigation, as required by 28 U.S.C. § 1332(a).

8.      This case also satisfies the amount in controversy requirement of 28 U.S.C. § 1332(a). In his Complaint, Harris alleges that he is owed "approximately $1,600,000" in bonuses from Airgas. Compl. ¶ 28. Thus, the amount in controversy exceeds the diversity jurisdiction threshold. *See Francis v. Allstate Ins. Co.*, 709 F.3d 362, 367 (4th Cir. 2013) (stating that "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy" (quoting 28 U.S.C. § 1446(c)(2))).

9.      Therefore, this is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a).  Airgas may thus remove this civil action pursuant to 28 U.S.C. §§ 1441(a) and 1446.

10.      Because this action is pending in the General Court of Justice, Superior Court Division for Yancey County, North Carolina, venue is proper in the United States District Court for the Western District of North Carolina, Asheville Division under 28 U.S.C. § 1441(a).

11.      Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is being filed with the clerk of the State Court, and Airgas will provide written notice of the filing of this Notice to Harris through his counsel of record.  A copy of all documents filed with this Court will be served on Harris pursuant to Federal Rule of Civil Procedure 5.

12.      Airgas reserves the right to file additional support for this Notice by way of declarations, deposition testimony, expert testimony, discovery responses, supplemental memoranda, and/or legal argument.

13.      By filing this Notice, Airgas does not waive any defenses that may be available to it.

Based on the foregoing, Defendant Airgas USA, LLC hereby removes this action from the North Carolina General Court of Justice, Superior Court Division of Yancey County to the United States District Court for the Western District of North Carolina, Asheville Division.

This 8th day of April, 2025.

/s/ Gregory L. Skidmore

Gregory L. Skidmore
N.C. State Bar No. 35571
gskidmore@robinsonbradshaw.com

Brendan P. Biffany
N.C. State Bar No. 54761
bbiffany@robinsonbradshaw.com

Robinson, Bradshaw & Hinson, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: 704-377-2536

*Attorneys for Defendant*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day the foregoing **NOTICE OF REMOVAL** was served upon

all parties of record by email and U.S. Mail addressed as follows:

        Mark R. Kutny
        Graham B. Morgan
        Hamilton, Stephens, Steele + Martin, PLLC
        525 North Tryon Street, Suite 1400
        Charlotte, NC 28202
        mkutny@lawhssm.com
        gmorgan@lawhssm.com

        *Attorneys for Plaintiff*

This 8th day of April, 2025.

        */s/ Gregory L. Skidmore*
        Gregory L. Skidmore

5